No. 09–987. ARIZONA CHRISTIAN SCHOOL TUITION ORGANIZA-
TION *v.* WINN ET AL.; and

No. 09–991. GARRIOTT, DIRECTOR, ARIZONA DEPARTMENT OF
REVENUE *v.* WINN ET AL. C. A. 9th Cir. [Certiorari granted,
560 U. S. 924.] Motion of petitioner Arizona Christian School Tu-
ition Organization for divided argument denied. Joint motion of
petitioner Gale Garriott and the Acting Solicitor General for leave
to allow the Acting Solicitor General to participate in oral argu-
ment as *amicus curiae* and for divided argument granted, and
the time is to be divided as follows: 15 minutes for petitioner
Gale Garriott, and 15 minutes for the United States.

No. 10–74. AQUINO, SECRETARY, PUERTO RICO DEPARTMENT
OF AGRICULTURE, ET AL. *v.* SUIZA DAIRY, INC., ET AL. C. A. 1st
Cir. The Acting Solicitor General is invited to file a brief in this
case expressing the views of the United States.

No. 10–6060. DUNBAR *v.* HAWAII. Int. Ct. App. Haw.; and

No. 10–6105. PIPER *v.* UNITED STATES. C. A. Fed. Cir. Mo-
tions of petitioners for leave to proceed *in forma pauperis* denied.
Petitioners are allowed until November 2, 2010, within which to
pay the docketing fees required by Rule 38(a) and to submit peti-
tions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–6390. IN RE POLLY;
No. 10–6485. IN RE CAPERS;
No. 10–6507. IN RE WANSLEY;
No. 10–6514. IN RE SLATE; and
No. 10–6535. IN RE DAVIDSON. Petitions for writs of habeas
corpus denied.

No. 10–6316. IN RE BERRYHILL. Motion of petitioner for
leave to proceed *in forma pauperis* denied, and petition for writ
of habeas corpus dismissed. See this Court's Rule 39.8. As peti-
tioner has repeatedly abused this Court's process, the Clerk
is directed not to accept any further petitions in noncriminal
matters from petitioner unless the docketing fee required by
Rule 38(a) is paid and the petition is submitted in compliance with
Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,*
506 U. S. 1 (1992) *(per curiam)*.